AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 5 2005

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**DARREN TADASHI KAMINAKA**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: 1:01CR00019-001
USM Number: 87994-022
**DAVID KLEIN, ESQ.**
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s) 18 U.S.C. §2113(a); General Condition; and Special Condition Nos. 1 and 4 of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:    3437

Defendant's Residence Address:
Honolulu, HI

Defendant's Mailing Address:
Honolulu, HI

NOVEMBER 10, 2005
Date of Imposition of Sentence

Signature of Judicial Officer

**DAVID ALAN EZRA,** ~~Chief~~ United States District Judge
Name & Title of Judicial Officer

Dec. 2, 2005
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER: 1:01CR00019-001
DEFENDANT: DARREN TADASHI KAMINAKA

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Conduct constituting Bank Robbery | 10/9/2003, 10/10/2003, and 10/11/2003 |
| 2 | Positive Drug Test | 10/8/2003 |
| 3 | Failure to participate in substance abuse and mental health treatment | 10/10/2003 |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:01CR00019-001 | Judgment - Page 3 of 3 |
| DEFENDANT: | DARREN TADASHI KAMINAKA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  12 MONTHS .

This term consists of TWELVE(12) MONTHS as to CR 01-00019DAE, to be served concurrently with sentence imposed in CR 03-00043DAE, and to be served consecutively with sentence imposed in CR 04-00019DAE

[✔] The court makes the following recommendations to the Bureau of Prisons:
1) FDC Honolulu.  2) Lompoc, CA.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _ on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal