AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

DARREN TADASHI KAMINAKA
1050 HEMOLELE PL.
HONOLULU, HI 96817
(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 01-00019SOM 01

YOU ARE HEREBY COMMANDED TO ARREST DARREN TADASHI KAMINAKA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order to Show Cause why supervision should not be revoked

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 17 2006

at 3 o'clock and 43 min. PM
SUE BEITIA, CLERK

in violation of Title United States Code, Section(s).

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |

| Signature of Issuing Officer/Deputy Clerk | October 21, 2003 at Honolulu, Hawaii |
|---|---|
| | Date and Location |

Bail Fixed at NO BAIL          By: Susan Oki Mollway, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____. | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 12/13/04 | | |